**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

| | |
|---|---|
| **BRIAN MCKNIGHT,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 5:26-CV-102-M** |
| **FOXY/WFXC/K 107.1/104.3 RADIO STATION; URBAN ONE, INC.; KAREN CLARK,** | |
| **Defendants.** | |

## AMENDED ORDER

Having reviewed Defendants' Unopposed Motion for Extension to Respond to Plaintiff's Amended Complaint, and good cause appearing, it is hereby ORDERED that Defendants' Motion is granted, and that Defendants shall have up to and including April 3, 2026, to respond to Plaintiff's Amended Complaint.

IT IS SO ORDERED.

Dated: March 10, 2026.

/s/ Peter A. Moore, Jr.
_____

Peter A. Moore, Jr.
Clerk of Court