| | | |
|---|---|---|
| BRIAN MCKNIGHT, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | **REPORT OF THE PARTIES'** |
| v. | ) | **PLANNING MEETING** |
| | ) | Fed. R. Civ. P. 26(f) |
| FOXY/WFXC/K 107.1/104.3 RADIO | ) | |
| STATION; URBAN ONE, INC.; KAREN | ) | |
| CLARK, | ) | |
| | ) | |
| Defendants | | |

## REPORT OF THE PARTIES' PLANNING MEETING

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Plaintiff, Brian McKnight ("Plaintiff") and Defendants Urban One, Inc., and its d/b/a FOXY/WFXC/K 107.1/104.3 Radio Station and Karen Clark ("Defendants") jointly submit the following joint report of the parties' planning meeting.

**Defendants' Statement**: Defendants note that there are pending motions to dismiss and a pending motion to amend from Plaintiff, so pleadings are not yet closed. Defendants propose discovery dates as required by the Court, but believe it would be more efficient for the parties to propose a discovery schedule and commence discovery after the Court rules on those motions, because at that time the parties will know the scope of issues and claims (if any), that remain pending in this action.

1. The following persons participated in a Rule 26(f) conference on May 18, 2026 by telephone:

329046840v5

S. Ranchor Harris, representing Plaintiff

Lauren Johnson Nichols and Andrew Zappia, representing Defendants.

2.      Initial Disclosures.  The parties will complete the initial disclosures required by Rule 26(a)(1) by June 8, 2026.

3.      Discovery Plan. The parties propose this discovery plan:

(a)      Discovery will be needed on these subjects:

- Plaintiff's defamation allegations;

- Plaintiff's causes of action;

- Plaintiff's alleged damages;

- Communications between Plaintiff and third parties relating to the issues in dispute;

- Plaintiff's allegation relating to Julie McKnight's statements;

- Plaintiff's allegations relating to the Rickey Smiley Morning Show;

- Plaintiff's allegations relating to Karen Clark's statements;

- Defendants' defenses;

- The Parties anticipate deposing the partiers, relevant third-party witness, and any witness(es), including experts, disclosed by the parties.

(b)      Pending Motions: Defendants' Motions to Dismiss, as well as Plaintiff's Motion to Amend are currently pending.

(c)      Discovery Deadlines: The parties request that the Court order fact discovery completed by February 5, 2027.

2

329046840v5

(d)      The parties propose that the maximum allowable number of interrogatories by each party to another party is to be 25, with responses to interrogatories being due 30 days after the date the interrogatories are served.

(e)      The parties propose that the maximum allowable number of requests for admission by each party to another party is to be 30, with responses being due 30 days after the requests for admissions are served.

(f)      The parties propose that the Court allow up to 5 depositions per party.

(g)      The parties propose the Court allow a maximum deposition length of 7 hours.

(h)      Plaintiff does not anticipate the use of experts, but should Plaintiff choose to designate experts, Plaintiff's expert report(s) must be served by March 5, 2027. If Defendants chose to use expert(s), Defendants' experts report(s) must be served by April 2, 2027, and the parties' rebuttal expert report(s) must be served by May 7, 2027. All experts must be deposed on or before June 8, 2027.

(i)      The parties propose that supplementation under Rule 26(e) is due at the close of discovery.

(j)      To the extent the production of electronically stored information ("ESI") becomes an issue, the parties are aware of the importance of cooperation and commit to cooperate in good faith throughout the matter. The parties agree that preservation of potentially relevant ESI will be reasonable and proportionate to the needs of the case. To the extent any specific disputes concerning ESI and/or file formats arise, the parties will meet and confer promptly to resolve any discovery disputes before raising them with the Court, consistent with the Local Civil Rules.

329046840v5

(k)     The parties do not request any modifications or limitations on the Federal Rules of Civil Procedure or the Local Rules regarding discovery at this time.

4.     Other Items:

(a)     The parties do not request to meet with the Court before a scheduling order.

(b)     The parties request October 7, 2027, for a pretrial conference.

(c)     The parties propose June 26, 2026, as the final date to amend pleadings or join parties.

(d)     The parties propose July 30, 2027, as the deadline to file dispositive motions.

(f)     Plaintiff previously made a settlement demand to Defendants. The parties are not currently close to settlement but remain open to further discussions.

(g)     The parties are in the process of scheduling mediation as an alternative dispute resolution.

(h)     The parties propose September 24, 2027, as the deadline to submit witness lists, designations of witnesses whose testimony will be presented by deposition, and exhibit lists.

(i)     The parties propose October 29, 2027, as the deadline to file objections under Rule 26(a)(3).

(j)     The parties anticipate trial to take 4 days and suggest November 2, 2027, as a trial date.

4

329046840v5

Dated: June 1, 2026

*/s/ Lauren Johnson Nichols*
Lauren Johnson Nichols (N.C. Bar No. 59353)
TROUTMAN PEPPER LOCKE LLP
305 Church at North Hills Street
Suite 1200
Raleigh, NC 27609
Telephone: (919) 835-4175
Email: Lauren.Nichols@troutman.com
*Attorney for Defendants Urban One, Inc., including d/b/a FOXY/WFXC/K 107.1/104.3 Radio Station, and Karen Clark*

Dated: June 1, 2026

*/s/ S. Ranchor Harris, III*
S. Ranchor Harris, III (N.C. Bar. No 21022)
Ranchor Harris Law, PLLC
1784 Heritage Center Drive
Suite 204-E
Wake Forest, NC 27839
919-249-5006
Email: ranchor@ranchorharris.com
*Attorney for Plaintiff*

5

329046840v5

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 1, 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Lauren Johnson Nichols*

Lauren Johnson Nichols
(N.C. Bar No. 59353)

6

329046840v5